IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WILLIAMS,** | : | Civil No. 1:17-cv-0485 |
| Petitioner, | : | |
| v. | : | |
| | : | **Chief Magistrate Judge Schwab** |
| **PA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| | : | **Judge Sylvia H. Rambo** |
| Respondents. | : | |

## **O R D E R**

**AND NOW**, this 12th day of December, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 27) is **ADOPTED**.

2) The petition filed pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** for lack of subject-matter jurisdiction.

3) The pending motions (Docs. 12, 15, 16, 21, 24) are **DENIED** as moot.

4) The clerk of court shall close this file.

5) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge